**MAGISTRATE'S CRIMINAL MINUTES**

**ARRAIGNMENT**
   **PLEA AND**
      **SENTENCE**



Time in Court: ___ Hrs  **5** Min

Filed in Open Court:  Date: **3/9/2020**  Time: **11:32**  Tape: **FTR GOLD**

Magistrate (presiding): **REGINA D. CANNON**   Deputy Clerk: **PHYLLIS BRANNON**

Case Number: **1:20-cr-58**   Defendant's Name: **Ivan Van Beverhoudt**
AUSA: **Laurel Boatright**   Defendant's Attorney: **Bruce Harvey**
USPO/PTR: ___   Type Counsel ✓ Retained [ ] CJA [ ] FPD ( ) Waived

___ ARREST DATE: ___
___ INTERPRETER: ___
___ INITIAL APPEARANCE HEARING. [ ] In THIS DISTRICT   Dft in custody? [✓] Yes [ ] No
___ Defendant advised of right to counsel.  ( ) WAIVER OF COUNSEL filed.
___ ORDER appointing Federal Defender Program as counsel. [ ] INITIAL APPEARANCE ONLY.
___ ORDER appointing _____ as counsel.
___ ORDER giving defendant _____ days to employ counsel (cc: served by Mag CRD)
___ Dft to pay attorney fees as follows: _____
___ INFORMATION/COMPLAINT filed.   ___ WAIVER OF INDICTMENT filed.
**X** Copy indictment/information given to dft [X] Yes [ ] No   Read to dft? ( ) Yes ( ) No (X) Prior to Hrg
___ CONSENT TO TRIAL BEFORE MAGISTRATE (Misd / Petty) offense filed.
**X** ARRAIGNMENT HELD [ ] **Superseding indictment** / information [ ] Dft's WAIVER of appearance filed.
___ Arraignment continued to _____ at _____ Request of ( ) Govt ( ) Dft
___ Dft failed to appear for arraignment.   Bench warrant issued _____
___ Dft enters PLEA OF NOT GUILTY. [ ] Dft stood mute; plea of NOT GUILTY entered. ( ) Waiver of appearance.
___ MOTION TO CHANGE PLEA, and order allowing same.
**X** ASSIGNED TO JUDGE **Boulee** for [X] trial [ ] arraignment/sentence.
**X** ASSIGNED TO MAGISTRATE **Cannon** for pretrial proceedings.
**X** Estimated trial time: ___ days.   [ ] SHORT [X] MEDIUM [ ] LONG
___ PRE-SENTENCE INVESTIGATION filed. Referred to USPO for PSI and continued
    until _____ at _____ for sentencing.

U.S. Department of Justice
United States Attorney



FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAR 09 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

## P L E A (With Counsel)

CRIMINAL NO. 1:20-CR-058

I, Ivan Van Beverhoudt, defendant, having received a copy of the within Indictment, and having been arraigned plead Not Guilty thereto to counts 1, 2, 3, 4, and 5 thereof.

In Open Court this 9th day of March, 2020.

_____        _____
SIGNATURE (Defense Attorney)            SIGNATURE (Defendant)
Bruce Harvey                            Ivan Van Beverhoudt

INFORMATION BELOW MUST BE TYPED OR PRINTED

Phone: 404.659-4628
Bar Number: 335125

Phone: _____

Filed in Open Court by:

_____          _____
(Signature)                       Date

Form No. USA-40-19-B
N.D. Ga. 11/8/12